**UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| City of Houston | § | |
| | § | |
| *versus* | § | Civil Action 4:10−cv−04545 |
| | § | |
| American Traffic Solutions, Inc. | § | |

## Order Resetting Conference

1. The pretrial conference has been reset to:

    November 26, 2010
    at 02:30 PM

2. To ensure full notice, whoever receives this notice must confirm that every other party knows of the setting.

    Signed on November 24, 2010, at Houston, Texas.

    Lynn N. Hughes   USDJ
    United States District Judge