Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Lynn N. Hughes |
| CASE MANAGER | Glenda Hassan |
| LAW CLERK | ☑ Bellamy    ☐ Wilder    ☐ |
| DATE | November 26, 2010 |
| TIME | 2:30 p.m. — 3:25 p.m. |
| CIVIL ACTION | H — 10 — 4545 |
| STYLE | City of Houston *versus* American Traffic Solutions, Inc. |

DOCKET ENTRY

☑ Conference;  ☐ Hearing; _____ day ☐ Bench  ☐ Jury Trial  (Rptr: S. Carlisle )

David Feldman, Hope Reh _____ for ☑ Ptf. # ____ ☐ Deft. # ____
Andy Taylor, George Hittner _____ for ☐ Ptf. # ____ ☑ Deft. # ____
_____ for ☐ Ptf. # ____ ☐ Deft. # ____
_____ for ☐ Ptf. # ____ ☐ Deft. # ____

☐ All motions not expressly decided are denied without prejudice.

☐ **Evidence taken** [exhibits or testimony].

☐ Argument heard on:  ☐ all pending motions;  ☐ these topics:
Colloquy among counsel and the court on the legal issues and the best approach for the immediate resolution of the case

☐ Motions taken under advisement: _____

☑ Order to be entered.

☑ Internal review set: 12/6/2010

☐ Rulings orally rendered on: _____