UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| City of Houston, | § | |
| Plaintiff, | § | |
| versus | § | Civil Action H-10-4545 |
| American Traffic Solutions, Inc., | § | |
| Defendant. | § | |

## Management Order

1. The City of Houston and American Traffic Solutions, Inc., will continue to collect the fines for the traffic violations that occurred through November 15, 2010.

2. The cameras will not be removed during the pendency of the litigation.

3. By December 3, 2010, the parties will brief the validity of the referendum under the municipal, state, and national laws.

4. A hearing will be set shortly after the briefings.

Signed on November 26, 2010, at Houston, Texas.

Lynn N. Hughes
United States District Judge