**re: Houston red light camera election**

Ken Bailey  to: LNH                                                                                          11/27/2010 05:26 PM

Isn't His Honor fortunate that you do not stand for election since you have such little regard for them.

--
Ken Bailey
www.KenBaileyAtLarge.com
3435 Westheimer
Suite 307
Houston, TX 77027
832-428-1060