** red light cameras**

Al Deshotel to: LNH                                          11/27/2010 11:06 PM

From:     "Al Deshotel" <al.deshotel@sbcglobal.net>

To:       <LNH@txs.uscourts.gov>

The red light cameras were voted on.  The answer was NO.

The people have spoken.   Time for you to honor your oath and uphold the law.