| United States District Court | Southern District of Texas |
|---|---|

City of Houston, §
§
    Plaintiff, §
§
versus §    Civil Action H-10-4545
§
American Traffic Solutions, Inc., §
§
    Defendant. §

## Scheduling Order

1. The City of Houston and American Traffic Solutions, Inc., will cross-move for partial summary judgment on the validity of the election by December 15, 2010. They will respond by December 21, 2010.

2. If the Kuboshes are allowed to intervene, they will follow the same schedule. If they are not allowed to intervene, they may file an *amicus curiae* brief on the validity of the election by December 17, 2010.

Signed on December 9, 2010, at Houston, Texas.

                                        Lynn N. Hughes
                                  United States District Judge