| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

City of Houston, §
§
      Plaintiff, §
§
versus §     Civil Action H-10-4545
§
American Traffic Solutions, Inc., §
§
      Defendant. §

## Order Denying Intervention

    Francis Kubosh and Randall Kubosh may not intervene to oppose American Traffic Solutions's claim against the City of Houston.

    They may appear by brief as friends of the court.

    Signed on December 12, 2010, at Houston, Texas.

                                            Lynn N. Hughes
                                    United States District Judge