
### Red Light Cameras in Houston Texas

Diane Robertson  to: LNH                                              12/13/2010 11:19 AM

Shame on you if you allow the city of Houston and the Arizona based company that run the camera program to circumvent the vote of the people in rejecting red light camera use of devices in the City of Houston. The peoples Lawyers should have been heard in this case too – the city is biased in that they are losing money because of this vote. I don't care what they expound on the news – this is a back door way of trying to reinstate the camera program.

The people have voted and their vote is NO CAMERAS!! They were only put up to scrounge money from people (forget the adds telling you it is all about safety – do they think we are fools) – totally ridiculous to allow parents to be cited citations just because their children can not afford to put a car loan in their name. I don't know very many families this does not affect with the cost of living so high now, let alone the banks cracking down on who they loan money to on credit checks. You don't think this was a well thought out ploy to extrapolate funding from those who have done nothing wrong. They know that those parents who have fought to keep their credit in good standing will pay because they don't want to lose what they have worked so hard to keep it that way.

The people have the absolute right to vote what they want in their city and to vote against unscrupulous companies trying to profit off people who have not done anything wrong. It can not be left to city or government officials to decide what is right for the people when they are the ones who are given money for their election campaigns from these very entities that want to gain access to our cities funds. I do not believe they can be unbiased.

Lets face it Judge Hughes – everything is about money now. I have better things to spend my hard earned dollars on. And I'm sick of being held hostage by this Arizona Company for crimes I did not commit. The lights in this city do not even have the same yellow light lengths so I guess we need people to start stopping on Green Lights to prevent any chance of the light capturing you doing something wrong.

I disagree with your judgment disallowing the people's lawyers to be involved in this litigation – I don't care how long the case will take. We have the right to be heard.

In my opinion the Arizona Company needs to pack up their cameras, free of any more funds being handed their way and then set them up in their own state of Arizona to recoup any of their loses. I am sure all the illegal aliens that come across the boarder that are already disobeying our laws will pay them. Heck they won't even be sent a ticket!!!!! Better yet have the cameras set up at the border and see if you can get the federal government to do its job of keeping our borders safe. Maybe they can be used for this instead of where people don't want them.

Sincerely,

Diane Robertson
Brenham, Tx