**Red lights cameras**

**Reggie**  to: LNH                                    12/21/2010 12:20 AM

The city did not consent with us when they put up the cameras, so why do we have to wait for them to work out a way to get out of a contract that we did not vote on. Why are you stopping the removal of the cameras?