| United States District Court | Southern District of Texas |
|---|---|

| | | |
|---|---|---|
| City of Houston, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-10-4545 |
| American Traffic Solutions, Inc., | § § § | |
| Defendant. | § | |

# Order

By June 2, 2011, the City of Houston must tell the court these things.

1. The date it switched from holding a democratic primary to a non-partisan election.

2. The date it switched from nominating the mayor and commissioners to the mayor and the council.

3. The number of required signatures to petition a referendum and how it determines that number.

Signed on May 31, 2011, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge