| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

City of Houston, §
§
  Plaintiff, §
§
versus § Civil Action H-10-4545
§
American Traffic Solutions, Inc., §
§
  Defendant. §

## Interlocutory Order

Section 23 of Article IX of the Houston Charter is void.

Signed on June 17, 2011, at Houston, Texas.

Lynn N. Hughes
United States District Judge