

ruling against the people
Cody B Lovins
to:
LNH
06/18/2011 12:42 PM
Show Details

Nothing like legislating from the bench on the red light camera issue.  Don't worry your ruling will be overturned.
Thanks pointy head liberal.