

Red Light Cameras In Houston
Joseph Turner
to:
LNH
06/19/2011 04:45 AM
Show Details

I wonder how much the City Of Houston paid you to overturn the vote of the red light cameras.