**Corruption in the Legal System**
Shane F to: LNH                                                                 06/20/2011 02:12 AM

Wow ... Based on what I've read of your handling in the recent vote in Houston's photo enforcement ban I have lost all faith in the legal system. While I'm not a legal expert, it appears to me as though you've just handed corporations another win. So who really does rule this country? Politicians with money and lawyers, or the people? Despicable!