**City of Houston Red Light Cameras**

**Charles Lee Baird**  to: LNH                                          06/22/2011 12:23 PM

Dear Judge Hughes,

    I was very disappointed with your recent decision regarding the City of Houston and its contract with American Traffic Solutions and the Red Light Cameras.  In November of 2010 the citizens of Houston made their voice loud and clear in that they wanted an end of the red light cameras.

    We have a system of government in which government officials are given their power by the people and their decisions must be respected.  Your ruling should have used the election to nullify the contract with American Traffic Solutions.

    I caution you that the government of the city of Houston is only interested in obtaining revenue and public safety is irrelevant to our elected officials.  My fear is that against the will of the people the cameras might be turned back on for financial purposes.  The city of Houston cannot afford the financial repercussions of backing out of the contract with American Traffic Solutions and so the cost will be passed back onto the citizens of Houston.  The citizens of Houston will be faced with the reactivation of the cameras, decreased public services and higher taxes to pay for the blunders of their government officials.

    I am requesting that you provide the city of Houston with a graceful and inexpensive option for terminating their contract with American Traffic Solutions so that the citizens of Houston do not suffer as a result.

# Charles Lee Baird
**(713) 757-2999**
**charlesleebaird@rocketmail.com**



Confidentiality Notice: Be advised that this e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information and is legally privileged to Charles Lee Baird and the intended recipients only.  It is intended for distribution to the designated recipient(s) only and is covered by the Electronic Communications Privacy Act, 18 USC Sections 2510-2521.  If you are not the intended recipient, you are hereby notified that any disclosures, copying, distribution, publication, dissemination or use of any of the information contained in or attached to this transmission is strictly prohibited.  If you have received this message in error, please disregard the transmission and notify me immediately.



**image001.gif**