

**Judge Lynn Hughes' ruling regarding City of Houston and ATS**
**Deborah Freudiger**   to: Glenda_Hassan@txs.uscourts.gov          07/06/2011 12:50 PM

"Big Brother" wins again by more control, even through a private Corp.  I hope for an appeal with a victory in citizens favor!!!

Sent from my iPad