| United States District Court | Southern District of Texas |
|---|---|

City of Houston,  §
　　　　　　　　　§
　　　　Plaintiff,　§
　　　　　　　　　§
versus　　　　　　§　　Civil Action H-10-4545
　　　　　　　　　§
American Traffic Solutions, Inc.,　§
　　　　　　　　　§
　　　　Defendant.　§

## Order Striking Response

1. The response to the court's opinion filed by the Kuboshes is struck. (88)

2. In court pleadings, the Kuboshes may not denominate themselves as intervenors, counter-defendants, third-party defendants, respondents, or anything else that they are not. In public, they may call themselves whatever they want.[1]

Signed on July 7, 2011, at Houston, Texas.

　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　United States District Judge

---

[1] U.S. Const. amend. I (1791).