

voters rights
Kimbro, Doug
to:
LNH
07/10/2011 11:42 AM
Show Details

United States Courts
Southern District of Texas
FILED

JUL 11 2011

David J. Bradley, Clerk of Court

Mr Hughes, Sir, as a Register voter in Harris county, I feel my rights as a citizen have been violated, it does not matter if the red light camera bill was placed on the ballot legally or not, the fact is IT was placed on the ballot and voted on by me, I feel you have taken away my right to vote, I am very disappointed as a American citizen.
Doug Kimbro, Houston, Texas

This message and attachment(s) are intended solely for use by the addressee and may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. If you are not the intended recipient or agent thereof responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone and with a 'reply' message. Thank you for your co-operation.