

red light ruling
Jack Plumley
to:
lnh
07/10/2011 06:50 AM
Show Details

Honorable Judge Hughes,

In light of your recent decision to render the public's vote on red light cameras meaningless, I present here a history lesson. From Lincoln's 1863 Gettysburg speech:

"Four score and seven years ago our fathers brought forth on this continent, a new nation, conceived in Liberty, and dedicated to the proposition that all men are created equal.

Now we are engaged in a great civil war, testing whether that nation, or any nation so conceived and so dedicated, can long endure. We are met on a great battle-field of that war. We have come to dedicate a portion of that field, as a final resting place for those who here gave their lives that that nation might live. It is altogether fitting and proper that we should do this.

But, in a larger sense, we can not dedicate -- we can not consecrate -- we can not hallow -- this ground. The brave men, living and dead, who struggled here, have consecrated it, far above our poor power to add or detract. The world will little note, nor long remember what we say here, but it can never forget what they did here. It is for us the living, rather, to be dedicated here to the unfinished work which they who fought here have thus far so nobly advanced. It is rather for us to be here dedicated to the great task remaining before us -- that from these honored dead we take increased devotion to that cause for which they gave the last full measure of devotion -- that we here highly resolve that these dead shall not have died in vain -- that this nation, under God, shall have a new birth of freedom -- and that **government of the people, by the people, for the people, shall not perish from the earth.**"


You ignore the will of the people of Houston--who voted NO on red light cameras--at your own peril. Pack your bags along with mayor Annise Parker, I assure you that both of you will not have a job come re-election.

Good day sir,

Jack W. Plumley
United States Air Force Veteran
Honorary Texan