IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **CITY OF HOUSTON** | § | |
| | § | |
| **V.** | § | CIVIL ACTION  4:10:CV:4545 |
| | § | |
| **AMERICAN TRAFFIC SOLUTIONS, INC.** | § | |

## ATS' MOTION TO STRIKE

In light of the court's July 19, 2011 hearing and accompanying instruction, ATS asks that the court strike the documents filed as Docket No. 90 and Docket No. 97.

Respectfully Submitted,

ANDY TAYLOR & ASSOCIATES, P.C.


BY:   /s/ Andy Taylor_____
Andy Taylor
State Bar No.  19727600
Amanda Peterson
State Bar No.  24032953
405 Main Street, Suite 200
Houston, TX  77002
713-222-1817 (telephone)
713-222-1855 (facsimile)

THE LAW OFFICE OF ROGER GORDON
Roger E. Gordon
State Bar No. 24043697
901 S. Mopac Expressway
Building One, Suite 300
Austin, Texas 78746
512-636-2540 (telephone)
512-692-2533 (facsimile)

BOYAR MILLER
Gregory N. Jones
State Bar No. 10889450
4265 San Felipe, Suite 1200
Houston, Texas 77027

1

          (71 3) 850-7766 (telephone)
          (7 13) 552-175 8 (facsimile)
          E-mail : gj ones@boyarmiller.com
          Chris Hanslik
          State Bar No. 00793895
          Federal I.D. No. 19249
          4265 San Felipe, Suite 1200
          Houston, Texas 77027
          (7 I 3) 850-7766 (telephone)
          (7 13) 552-1758 (facsimile)
          E-mail : chanslik@boyarmille¡.com

### Certificate of Service

I certify that on July 19, 2011, I served the following counsel with a true and correct copy of the foregoing document via the electronic filing system.

          David M. Feldman
          Bertrand L. Pourteau, II
          City Attorney
          CITY OF HOUSTON LEGAL DEPARTMENT
          900 Bagby, 4th Floor
          Houston, Texas 77002
          (832) 393-6463 -Telephone
          (832) 393-6259 - Facsimile

          __/s/ Andy Taylor_____