IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **CITY OF HOUSTON** | § | |
| | § | |
| **V.** | § | CIVIL ACTION  4:10:CV:4545 |
| | § | |
| **AMERICAN TRAFFIC SOLUTIONS, INC.** | § | |

## ORDER STRIKING DOCUMENTS

The documents filed at Docket Number 90 and 97 are struck.

Signed on July \_\_\_\_ at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge