UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| City of Houston, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-10-4545 |
| | § | |
| American Traffic Solutions, Inc., | § | |
| | § | |
| Defendant. | § | |

## Order to Strike

1.   The Kuboshes' response to the court's opinion (90) and motion to take judicial notice (97) are struck. (98)

2.   The Kuboshes may not attack the court's order denying intervention based on evidence supplied after the order was entered.  They may not supplement the record as it was when the court decided.

3.   The Kuboshes may move to intervene based on new evidence; they may not continue to congest the record with collateral filings.

Signed on July 20, 2011, at Houston, Texas.

Lynn N. Hughes
United States District Judge