**Comments on 4:10-cv-04545**
Charles Eakins  to: LNH                                                             07/22/2011 12:36 AM

Please remove yourself from the bench, and take a course on the constitution. You took an oath you have broken that oath.