

The right to petition
Ron Ely
to:
LNH@txs.uscourts.gov
07/22/2011 05:38 AM
Please respond to Ron Ely
Show Details

Dear Judge Hughes,

It is clearly the case in this recent court decision by you:
    http://www.thenewspaper.com/news/35/3539.asp
that a corporation and local government which each have a financial interest have colluded to override the will of the people as expressed in a popular vote.  Your decision to deny participation by petitioners in court proceedings is wrong and goes against the constitutional right of the people to petition the government for redress of grievances.  The will of the people should be respected.

   --Ron Ely