3374123827 to: LNH                                    07/24/2011 08:48 AM

Dear Sir, I just got through reading an article that said that the ppl of Houston voted to remove cameras from lights!!! It also sai

--
==================================================================
This mobile text message is brought to you by AT&T