

Red Light Cameras in Houston
Michael Humphrey
to:
LNH@txs.uscourts.gov
07/24/2011 11:09 PM
Cc:
"mayor@houstontx.gov"
Please respond to Michael Humphrey
Show Details

I voted against these cameras back in Nov. because they finally decided to put it on a ballot which should have been done when these cameras were first proposed. I've seen so many accidents caused by people trying to beat the cameras. Especially at the 290 and Hollister intersection (I work in this area and have seen it first hand). And the yellow light switches to red so much faster than lights with out cameras. In my opinion it's just a money making scam for both the camera company and the city. Why even put it on a ballot if it's not going to count. This just goes to show that voting really doesn't matter anymore. This is absolutely ridiculous and shows that democracy has no value anymore. Why even vote? The people have spoken on this issue in the ballots of November and the voters should be honored and respected. And as a voter, a proud Houstonian, and a proud Texan I feel violated and cheated on this issue. And have lost my faith in our voting system.

Sincerely,
A concerned citizen
Michael Humphrey