

# CITY OF HOUSTON
Legal Department

**Annise D. Parker**
Mayor

David M. Feldman
City Attorney
Legal Department
P.O. Box 368
Houston, Texas 77001-0368
City Hall Annex
900 Bagby, 4th Floor
Houston, Texas 77002

832.393.6491 - Telephone
832.393.6259 - Facsimile

July 28, 2011

***Via electronic filing***
Mr. David J. Bradley, Clerk
United States District Court
Houston Division
515 Rusk Street
Houston, Texas 77002

      Re:    *City of Houston v. American Traffic Solutions, Inc.*
             District Court No.:   4:10cv4545
             Fifth Circuit Court No.: 11-20068

Dear Mr. Bradley:

On June 29, 2011, a CD containing the supplemental paginated electronic record for the above referenced appeal was sent by your office to the Fifth Circuit (Docket entry 84). Please send me a copy of that CD. Thank you.

Very truly yours,

Hope E. Hammill-Reh
Sr. Assistant City Attorney
**832.393.6463**

Council Members: Wanda Adams  C.O. "Brad" Bradford  Anne Clutterbuck  Stephen C. Costello  Edward Gonzalez  Al Hoang  Jarvis Johnson
Jolanda Jones  Sue Lovell  Melissa Noriega  Oliver Pennington  James Rodriguez  Brenda Stardig  Michael Sullivan  Controller: Ronald C. Green

**Certificate of Service**

I hereby certify that a true and correct copy of this letter was served in accordance with the Rule 59(b)(3) of the *Federal Rules of Civil Procedure* via electronic filing on July 28, 2011, to the following parties:

Mr. Andy Taylor
Ms. Amanda Peterson
ANDY TAYLOR & ASSOCIATES, P.C.
405 Main Street, Suite 200
Houston, Texas 77002
713.222.1817   713.222.1855 (Fax)
e-mail: ataylor@andytaylorlaw.com

Mr. Roger E. Gordon
THE LAW OFFICE OF ROGER GORDON
901 S. Mopac Expressway
Building One, Suite 300
Austin, Texas 78746
512.636.2540   512.692.2533 (Fax)
e-mail: roger@rogergordonlaw.com
*Attorneys for Appellee #1 American Traffic Solutions, Inc.*

Hope E. Hammill-Reh
Sr. Assistant City Attorney