**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

David Bradley
CLERK

P.O. BOX 61010
HOUSTON, TX 77208

July 29, 2011

IN RE: City of Houston vs American Traffic Solutions, Inc
District Court Case No.: 4:10cv4545
Circuit Court Case No.: 11-20068

To Whom it May Concern:

**Hope Elizabeth Hammill-Reh**
City of Houston
Legal Dept
900 Bagby
4th Floor
Houston, TX 77002

Enclosed is a CD containing the original electronic record on appeal in the above referenced Notice of Appeal. Please prepare your brief regarding this appeal using this copy of the paginated record.

Very Truly Yours,

David J Bradley, Clerk

S Murdock
Deputy Clerk