

Cash from ATS or Redflex
Harry Shelly
to:
LNH
07/28/2011 01:54 AM
Show Details

Dear Judge,

Who pays you more?

Redflex or ATS?

Just want to know for the record.