

Red Light Cameras
Thomas Allison
to:
LNH
08/01/2011 02:19 PM
Show Details

Mr. Hughes,

The manner in which yourself and the city of Houston has conducted itself on the red light cameras, is both dispicable and antidemocratic. When the citizens petition to get an amendment on the ballot and vote for, or against an action, the goverment must follow the results of the vote. This ruiling sets a horrible precedent for future voting practices. If our vote as citizens are not followed now, why should anyone have confidence in voting the initiative other than to vote incumbents out who override the democratic system?

Thomas Allison II