**Red-light Cameras**
**8325203595**  to: LNH                                                                08/02/2011 10:21 PM

Your Honor, I'm want to get a better understanding of how and why you have the authority to over turn, what we as reasonable people voted on to terminate the cameras. I'm sure I'm not the only one wishing to know the answer?