

Your Honor
Neal Perez
to:
LNH
08/04/2011 04:23 PM
Show Details

Lynn N. Hughes

Honorable District Judge

With all due respect I like to extend my displeasure when hearing about your decision on the case
Of the RED LIGHT CAMERAS in Houston, I realize that contracts are important, but if the City of Houston
Makes a contract, and it's not the will of the people like the voters showed, then they (the City) should
Deal with the problem they caused, even if they have to be liable for it, my hopes are that THE WILL OF
THE VOTERS would have been your number one consideration when making your decision, the one thing
That separates us from a communist regime, or a dictatorship is the very thing I feel was violated in this
Case. I hope that a higher court sees this as clearly as I do and nearly 200,000 other citizens in Houston.

   With all due respect.
     NPerez