

**Let the people's vote count! Cathie Adams**
**Cathie Adams**  to: LNH                                                      08/05/2011 09:18 AM

From:        Cathie Adams <cathieadams@me.com>
To:          LNH@txs.uscourts.gov

Cathie Adams
cathieadams@me.com