

Red Light Cameras
Rev. Marcus E. Bowen
to:
LNH
08/08/2011 02:26 PM
Hide Details
From: "Rev. Marcus E. Bowen" <revblugenes@gmail.com>

To: LNH@txs.uscourts.gov

Dear Judge
I know you probably got a lot of mail about how bad you are & how much people are against your ruling on the red light cameras.  Truth is, they are all just petty criminals trying to get away with the crime of running red lights & avoiding the fines.  Our police population has enough on their plate dealing with murder, rape, robbery, violent crimes, assault & various other dastardly deeds.  I for one an glad about your ruling & I hope the cameras stay on till the second coming.  Even though I live in Ft. Bend County, I worked down town for long enough to know that the streets are not safe because of these criminals getting away with their reckless assault on safe drivers.  I am proud of your ruling & stand with you in your decision.  Besides, the city can use the money right now given the current state of economics.  Keep the cameras rolling & keep the money coming in ...

respectfully...

Rev. Marcus E. Bowen, Pastor
Almighty GOD Fellowship

revblugenes@gmail.com

1010 Mahogany Run Drive
Katy, Texas 77494-6162