
Red Light Cameras
Bonnie
to:
LNH
08/07/2011 06:58 PM
Show Details

Dear Judge Lynn Hughes,

How dare you invalidate the outcome of Proposition 3 from Houston's November 2, 2010, City of Houston election! I think you forget that the government is FOR the people and not ruler of the people. I think you need to reread the Constitution of the United States. The courts are not in place to make laws, but to uphold the laws passed by the people. I respectfully request you reverse your ruling and honor the peoples' choice.

Thank you,

*Bonnie Lugo*

**Privacy Notice:** This message is intended only for the use of the individual or entity to whom it is addressed and may contain information that is privileged, confidential, or exempt from disclosure under applicable federal or state law. If the reader of this message is not the intended recipient or the employee or agents responsible for delivering the message to the intended recipient you are hereby notified that any dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please return to: blessingsandfavor@sbcglobal.net.