# EXHIBIT 2

```
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF TEXAS
 2                        HOUSTON DIVISION

 3
        CITY OF HOUSTON,            .    Civil Action
 4                                  .    No. H-10-4545
                                    .
 5                                  .
                                    .
 6      VS.                         .
                                    .
 7                                  .
        AMERICAN TRAFFIC            .    November 26, 2010
 8      SOLUTIONS, INC.,            .    2:36 P.M.
                                    .    HOUSTON, TEXAS
 9                                  .
                                    .
10
                      TRANSCRIPT of PROCEEDINGS
11         BEFORE THE HONORABLE LYNN N. HUGHES
                UNITED STATES DISTRICT JUDGE
12

13   APPEARANCES:

14   FOR CITY OF HOUSTON:
                              MR. DAVID M. FELDMAN
15                            City Attorney's Office
                              P.O. Box 368
16                            Houston, Texas 77001

17

18

19   FOR AMERICAN TRAFFIC
     SOLUTIONS, INC.:
20
                              MR. ANDY TAYLOR
21                            Attorney at Law
                              405 Main Street
22                            Suite 200
                              Houston, Texas 77002
23

24
     Proceedings recorded by mechanical stenography, transcript
25   produced by computer-aided transcription.
```

EXHIBIT

2

*Stephanie Kay Carlisle, CSR, RPR   713.250.5157*

1  **APPEARANCES** **(Continued)**:

2  ALSO PRESENT:              Mr. Hittner

3

4  OFFICIAL COURT REPORTER:  MS. STEPHANIE KAY CARLISLE
                             U.S. District Court
5                            515 Rusk, Suite 8016
                             Houston, Texas 77002
6                            713.250.5157

7

8

9

10

11

12                          *  *  *

13

14

15

16

17

18

19

20

21

22

23

24

25

1  enforcement apparatus and then say never mind.

2          MR. TAYLOR:  Right.

3          THE COURT:  It has, in effect, taken the

4  entrepreneurial effort and the direct expense; but that's

02:46:10PM  5  compensable.

6          MR. TAYLOR:  Well, beyond that, Your Honor, I would

7  mention that under the agreement, there is a clause that

8  obligates us to tear all of the equipment out -- that would be

9  over 70 cameras and all the related hardware -- within 45 days

02:46:24PM  10  of the termination.  We believe that the termination, of

11  course, was not in compliance with the agreement, not in

12  compliance with the law; and that --

13          THE COURT:  I can cure that.

14          MR. TAYLOR:  The other one that --

02:46:33PM  15          THE COURT:  The City will not -- will suspend its

16  opportunity to require that until we get this straight.

17          MR. FELDMAN:  I'm sorry, Your Honor?

18          THE COURT:  Will the City commit not to -- to

19  suspend the time and the obligation to remove the cameras

02:46:53PM  20  until we figure out what we are going to do?

21          MR. FELDMAN:  Yes, Your Honor.

22          THE COURT:  Thank you.

23          MR. TAYLOR:  The other point that I would make that

24  we believe is irreparable goes beyond the City's borders.  We,

02:47:05PM  25  of course, have contracts, existing contracts, with

1               MR. TAYLOR:  Yes, sir.

2                      If it is, nevertheless, despite what I said,

3 within the subject matter of the citizen's right to

4 referendum, then the City charter itself would have to be

03:08:12PM  5 reviewed to dictate the temporal limitations of such a right.

6 And, of course, here it is 30 days.

7                  So, we believe that the appropriate decision by

8 the City would have been to reject the petition in a ruling

9 from Your Honor to that effect will not only unpop the popcorn

03:08:30PM 10 here in Houston but will cause ATS not to suffer irreparable

11 harm in other jurisdictions because --

12               THE COURT:  But I am not going to do that today.

13               MR. TAYLOR:  Oh, I understand that.  No.  I

14 understand you --

03:08:40PM 15            THE COURT:  My question is:  Between right now and

16 when I can figure this out, which partially depends on the

17 lucidity of your pleadings and presentations, what do I do in

18 the meantime?  That's why we are here.

19               MR. TAYLOR:  Right.

03:09:01PM 20            THE COURT:  And -- do you have a suggestion?  I just

21 tell them to go back and do it?

22               MR. TAYLOR:  Well, my suggestion, Judge --

23               THE COURT:  Because 120 days would be Valentine's

24 Day, roughly.

03:09:17PM 25           MR. TAYLOR:  Right.