| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

City of Houston, §
§
    Plaintiff, §
§
versus §     Civil Action H-10-4545
§
American Traffic Solutions, Inc., §
§
    Defendant. §

# Order

The City of Houston's motion to compel American Traffic Solutions to remove the red-light cameras is denied. (148)

Signed on January 16, 2012, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge